# UNITED STATES DISTRICT COURT

## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI): Pietrantoni Manuel A.

USDC-PR Bar Number: 219805

Email Address: mpietrantoni@mpmlawpr.com

1. Title (caption) of the Case (provide only the names of the first party on each side):

   Plaintiff: ENERGY EXPLORATION TECHNOLOGIES, INC. d/b/a ENERGYX

   Defendant: THEODORE DILENSCHNEIDER

2. Indicate the category to which this case belongs:

   - [x] Ordinary Civil Case
   - [ ] Social Security
   - [ ] Banking
   - [ ] Injunction

3. Indicate the title and number of related cases (if any).

   Theodore Dilenschneider v. Energy Exploration Technologies, Inc. d/b/a EnergyX, Civil No. 3:26-cv-01335

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   - [x] Yes
   - [ ] No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   - [ ] Yes
   - [x] No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

   - [ ] Yes
   - [x] No

Date Submitted: 11/04/2026

rev. Dec. 2009

Print Form Reset Form